**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

SHERRY L. GRAHAM                                                                                  PLAINTIFF

v.                                      NO. 4:15CV00101 JLH-BD

CAROLYN W. COLVIN, Acting Commissioner
of the Social Security Administration                                                   DEFENDANT

**ORDER**

The Court has reviewed the recommended disposition submitted by United States Magistrate Judge Patricia S. Harris and the timely objections filed by the plaintiff. The Court has also made a *de novo* review of the record. The recommended disposition is adopted as the disposition of the Court. The decision of the Commissioner of the Social Security Administration to deny disability benefits to Sherry Lynn Graham is affirmed. The complaint of Sherry Lynn Graham is dismissed with prejudice.

IT IS SO ORDERED this 23rd day of February, 2016.

                                                                                       _____
                                                                                       J. LEON HOLMES
                                                                                       UNITED STATES DISTRICT JUDGE